

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00649-CV

Ritza Madrigal **MENDEZ**,
Appellant

v.

**ROOTS AT O'CONNOR**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-08109
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED January 14, 2026.

_____
Lori I. Valenzuela, Justice